United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4197NE

_____

Conagra, Inc., doing business as          *
Conagra Feed Ingredient Merchandising     *
Company, Inc.,                            *
                                          *
                 Appellee,                *
                                          *
        v.                                *
                                          *
Bartlett and Company,                     *
                                          *
                 Appellant.               *


_____                               Appeals from the United States
                                          District Court for the District of
No. 96-4200NE                             Nebraska.

_____
                                          [UNPUBLISHED]
Conagra, doing business as Conagra        *
Feed Ingredient Merchandising             *
Company, Inc.,                            *
                                          *
                 Appellant,               *
                                          *
        v.                                *
                                          *
Bartlett and Company,                     *
                                          *
                 Appellee.

_____

Submitted:  September 11, 1997

Filed: September 18, 1997

_____

Before FAGG, WOLLMAN, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Bartlett and Company appeals and Conagra cross-appeals from the district court's order and judgment following a bench trial in this diversity-based breach of contract action. Having carefully reviewed the case, and having considered de novo the disputed issues of Nebraska law, we conclude neither Bartlett and Company nor Conagra are entitled to relief. We further conclude the district court's fact-findings are not clearly erroneous and no error of law appears. Because this case is highly fact specific and involves an interpretation of Nebraska law, an extensive opinion would have no precedential value. We thus affirm on the basis of the district court's opinion. See 8th Cir. R. 47B.

A true copy.


Attest:


CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.